UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No.: 1:21-CR-725 (MAU) |
| JARED SAMUEL KASTNER, Defendant. | : |

## UNITED STATES' REVISED TRIAL EXHIBIT LIST

The United States of America provides this proposed exhibit list for trial, not necessarily in the order in which they will be introduced. The Government has designated "screenshots" from several of the videos listed below that have been included as sub-exhibits in this exhibit list. Additionally, timecodes relevant to the Defendant have been included in footnotes.

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| *OVERVIEW VIDEOS, CAPITOL BUILDING & GROUNDS* | | | | | |
| 001 | U.S. Capitol Police CCV Montage[1] | | | | |
| 001.1 | USCP CCV Montage (Version 1)[2] | | | | |
| 001.2 | USCP CCV Montage (Version 2)[3] | | | | |
| 001.3 | USCP CCV Montage (Version 3)[4] | | | | |
| 002 | U.S. House & Senate Video Montage[5] | | | | |
| 002.1 | U.S. House & Senate Video Montage and USCP CCV Crypt (Rear View) Synchronized[6] | | | | |
| 003 | Certification of Congressional Videos | | | | |

---

[1] Entire video.
[2] Entire video.
[3] Entire video.
[4] Entire video.
[5] Entire video.
[6] Entire video.

1

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 004 | U.S. Capitol Building & Grounds – 1946 Survey Map | | | | |
| 005 | U.S. Capitol Building & Grounds – Restricted Perimeter Map | | | | |
| 006 | U.S. Capitol Building & Grounds – Aerial View | | | | |
| 007 | U.S. Capitol Building – 3D Map | | | | |
| 007.1 | U.S. Capitol Building – 3D Map (NW Lawn) | | | | |
| 007.2 | U.S. Capitol Building – 3D Map (NW Terrace) | | | | |
| 008 | U.S. Capitol Building – Diagram | | | | |
| 009 | Photographs of Capitol Grounds & USCP "Area Closed" Signs (6) | | | | |
| 009.1 | USCP Area Closed Signs | | | | |
| 009.2 | USCP Area Closed Signs | | | | |
| 009.3 | USCP Area Closed Signs | | | | |
| 009.4 | USCP Area Closed Signs | | | | |
| 009.5 | USCP Area Closed Sign | | | | |
| 010 | Closure of West Front Police Order | | | | |
| 011 | Ground Closure Announcement | | | | |
| 012 | Area Closed Sign (physical) | | | | |
| 013 | U.S. Capitol Building First Floor Plan | | | | |
| 014 | U.S. Capitol Building & Grounds (West Front) Time Lapse Video[7] | | | | |
| | *U.S. CAPITOL POLICE CLOSED-CIRCUIT VIDEO* | | | | |
| 100 | USCP CCV Senate Wing Door[8] | | | | |
| 100.1 | USCP CCV Senate Wing Door – Synchronized[9] | | | | |
| 101 | USCP CCV Crypt (Side View)[10] | | | | |
| 102 | USCP CCV Crypt (Rear View)[11] | | | | |
| 102.1 | USCP CCV Crypt (Rear View) - Enhanced[12] | | | | |
| 103 | USCP CCV NW Steps (Midpoint)[13] | | | | |

---

[7] Entire video.
[8] Timecodes 08:00-09:00, 12:00-14:00, 26:00-28:00.
[9] Entire video.
[10] Timecode 07:00-10:00.
[11] Timecode 10:00-11:00.
[12] Entire video.
[13] Timecode 04:00-7:00.

2

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 104 | USCP CCV NW Steps (Midpoint)[14] | | | | |
| 105 | USCP CCV NW Courtyard/Upper Plaza[15] | | | | |
| 105.1 | USCP CCV NW Courtyard/Upper Plaza - Enhanced[16] | | | | |
| | | | | | |
| | ***OPEN SOURCE VIDEO & IMAGES*** | | | | |
| 200 | 0176-CI-3432601_0000014_1A0000012_0000003[17] | | | | |
| 201 | 0176-CI-3432601_0000025_1A0000033_0000002[18] | | | | |
| 202 | 0176-CI-3432601_0000025_1A0000034_0000002[19] | | | | |
| 203 | BGONTHESCENE_Capitol_Video_Kastner_2[20] | | | | |
| 204 | David m Small Facebook video[21] | | | | |
| 205 | Extended Footage Charts Rioters Breaking Into Capitol And Battling Police[22] | | | | |
| 206 | Facebook iamdamonous 10000000_487401159317794_8434849170488245050_n[23] | | | | |
| 207 | Facebook stephen.horn.562114[24] | | | | |
| 208 | gettyimages-1295317532-640_adpp[25] | | | | |
| 208.1 | gettyimages-1295317532-640_adpp Screenshot at 2:40 | | | | |
| 208.2 | gettyimages-1295317532-640_adpp Screenshot at 2:42 | | | | |
| 209 | IMG_0602 | | | | |

---

[14] Timecodes 00:00, 04:00-7:00.
[15] Timecodes 01:00-2:00, 03:00-4:00.
[16] Entire video.
[17] Timecode 03:00-3:30.
[18] Entire video.
[19] Entire video.
[20] Entire video.
[21] Timecode 03:30-03:40.
[22] Timecode 24:20-24:40.
[23] Entire video.
[24] Timecode 09:00-11:00.
[25] Timecode 02:00-02:45.

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 210 | IMG_0850[26] | | | | |
| 211 | IMG_3459[27] | | | | |
| 211.1 | IMG_3459 – Screenshot | | | | |
| 212 | IMG_20210106_144358_3 | | | | |
| 213 | ML_DC_20210106_Sony_FS7-GC_1959.MXF_1080_00[28] | | | | |
| 214 | ML_DC_20210106_Sony_FS7-GC_1959.MXF_1080_01[29] | | | | |
| 215 | Nick Quested 2021-01-06 InsideCaptiol-Color corrected[30] | | | | |
| 215.1 | Nick Quested 2021-01-06 InsideCaptiol-Color Corrected – Enhanced[31] | | | | |
| 216 | Parler The Patri0t An EXTREMELY up close view of the Capitol Riot[32] | | | | |
| 217 | Parler_7iB22C7LbbNy[33] | | | | |
| 218 | YouTube Joseph A. Camp (CampJosephA) Joey Camp 2020 - U.S. Capitol 01.06.2021[34] | | | | |
| 219 | YouTube Logan M (TheOriginalUberfetus) DC Report DSLR Story Eyewitness Testimony Jan 6 DC[35] | | | | |
| 219.1 | YouTube Logan M (TheOriginalUberfetus) DC Report DSLR Story Eyewitness Testimony Jan 6 DC Screenshot at 1:25:51 | | | | |
| 220 | YouTube Michigan Constitutional Crusader (UCbMi18KmKXRb79716KgnVOA) US Capital Building surrounded by citizens breaking~1[36] | | | | |

---

[26] Entire video.
[27] Entire video.
[28] Timecodes 00:01, 14:00, 15:35.
[29] Timecode 01:50.
[30] Timecodes 00:00-00:30, 14:00-16:00, 17:00-19:20.
[31] Entire video.
[32] Timecode 19:00-19:30.
[33] Timecode 00:10.
[34] Timecode 00:00.
[35] Timecode 1:25:52.
[36] Timecode 11:00-12:30.

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 221 | Kastner at UWT | | | | |
| 222 | Reserved | | | | |
| 223 | BGOnTheGo_Video 1[37] | | | | |
| 223.1 | BGOnTheGo_Video 1 – Synchronized[38] | | | | |
| | | | | | |
| | ***OTHER JANUARY 6 DEFENDANT VIDEO*** | | | | |
| 300 | 20210106_141807 - Horvath, Jennifer[39] | | | | |
| 301 | GH010089 - Cruz, Lloyd[40] | | | | |
| 301.1 | GH010089 - Cruz, Lloyd - Enhanced[41] | | | | |
| 302 | GH010091 - Cruz, Lloyd[42] | | | | |
| 303 | IMG_0212 - Uptmore, Chance[43] | | | | |
| 303.1 | IMG_0212 - Uptmore, Chance – Enhanced[44] | | | | |
| 304 | Withdrawn | | | | |
| 305 | Part 1 GX020291 - Rahm, James[45] | | | | |
| 306 | unified_message_1545772405622211 - Jancart, Derek[46] | | | | |
| | | | | | |
| | ***WMATA VIDEO*** | | | | |
| 400 | Reserved | | | | |
| 401 | Reserved | | | | |
| 402 | Reserved | | | | |
| 403 | Reserved | | | | |
| 404 | Reserved | | | | |
| 405 | Reserved | | | | |
| | | | | | |
| | | | | | |

---

[37] Timecodes 06:38-06:59, 09:36, 09:39-11:00.
[38] Entire video.
[39] Entire video.
[40] Timecodes 05:30-06:00, 07:00-08:00.
[41] Entire video.
[42] Timecode 03:00.
[43] Entire video.
[44] Entire video.
[45] Timecode 06:00-08:52.
[46] Entire video.

5

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| *INTERVIEW VIDEO* | | | | | |
| 500 | Kastner Interview Screen Record[47] | | | | |
| 500.1 | Kastner Interview Draft Clip 1 (if applicable) | | | | |
| 500.2 | Kastner Interview Draft Clip 2 (if applicable) | | | | |
| 500.3 | Kastner Interview Draft Clip 3 (if applicable) | | | | |
| 500.4 | Kastner Interview Draft Clip 4 (if applicable) | | | | |
| 500.5 | Kastner Interview Draft Clip 5 (if applicable) | | | | |
| 501 | Kastner Interview – Selected Transcript | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| *PHOTOGRAPHS* | | | | | |
| 600 | Driver's License Photograph | | | | |
| 601 | Residence Search Warrant Photos (93) | | | | |
| | | | | | |
| *PHYSICAL EVIDENCE* | | | | | |
| 700 | Property Receipt | | | | |
| 701 | Reserved | | | | |
| | | | | | |
| *GOOGLE ACCOUNT* | | | | | |
| 800 | Google Account | | | | |
| 801 | Device Data | | | | |
| 802 | Chrome Activity (1) | | | | |
| 803 | Chrome Activity (2) | | | | |
| 804 | Chrome Activity (3) | | | | |
| 805 | Reserved | | | | |
| 806 | Chrome Activity (5) | | | | |
| 807 | Reserved | | | | |
| 808 | Reserved | | | | |
| 809 | Reserved | | | | |
| 810 | Image Search (1) | | | | |
| 811 | Location History 1.5.21 to 1.7.21.JPG | | | | |
| 812 | Location History 1.6.21.JPG | | | | |
| 813 | Location History U.S. Capitol 1.6.21.JPG | | | | |
| 814 | Location History Washington D.C. 1.6.21.JPG | | | | |

---

[47] Video clips 500.1, 500.2, 500.3, 500.4, and 500.5 will be played in played in their entirely, if introduced.

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 815 | Luke Faulkner DC | | | | |
| 816 | Parking Garage Ticket | | | | |
| 817 | The Lodge on the Trail Payment Receipt | | | | |
| 818 | Venmo Open Source | | | | |
| 819 | Venmo Payment | | | | |
| 820 | Google Inc. Certificate of Authenticity | | | | |
| | | | | | |
| | *TRANSCRIPTS* | | | | |
| 900 | U.S. v. Kastner - Initial Appearance | | | | |
| 901 | U.S. v. Kastner - Pretrial Violation Hearing | | | | |
| | | | | | |
| | *LEGAL AUTHORITY* | | | | |
| 1000 | U.S. Constitution, Amendment XII | | | | |
| 1001 | 3 U.S.C. § 15 | | | | |
| 1002 | 3 U.S.C. § 16 | | | | |
| 1003 | 3 U.S.C. § 17 | | | | |
| 1004 | 3 U.S.C. § 18 | | | | |
| 1005 | Concurrent Resolution | | | | |
| 1006 | Congressional Records House of Representatives 117th Session | | | | |
| 1007 | Congressional Records Senate 117th Session | | | | |
| | | | | | |
| | *CELLULAR PHONE* | | | | |
| 1100 | Photographs | | | | |
| 1101 | Text Messages | | | | |
| 1102 | Phone Extraction Report | | | | |
| 1103 | Evidence Log (if applicable) | | | | |
| . | | | | | |
| | *STIPULATIONS (Tentative)* | | | | |
| 1200 | Capitol Building & Grounds | | | | |
| 1201 | Certification of Electoral College Vote | | | | |
| 1202 | Federally Protected Function | | | | |
| 1203 | Officers from USCP & MPD | | | | |
| 1204 | USCP Closed-Circuit Video | | | | |
| 1205 | House & Senate Video Montage | | | | |
| 1206 | USCP CCV Montage | | | | |
| 1207 | Body Worn Camera | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 1208 | Open Source Videos and Images | | | | |
| 1209 | Other January 6 Defendant Videos | | | | |
| 1210 | Google Account | | | | |
| 1211 | Identity | | | | |
| 1212 | Cellular Phone & Extraction | | | | |
| 1213 | Physical Items & SW Photos | | | | |
| | | | | | |
| *UNITED STATES SECRET SERVICE* | | | | | |
| 1300 | Head of State Notification | | | | |
| 1301 | Head of State Worksheet | | | | |
| 1302 | USCP CCV Capitol East Front[48] | | | | |
| 1303 | Glavey Radio Call 1 | | | | |
| 1304 | Glavey Radio Call 2 | | | | |
| 1305 | Glavey Radio Call 3 | | | | |
| 1306 | USCP CCV Senate Members Staircase[49] | | | | |

---

[48] Entire video.
[49] Entire video.